■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX ZAPATA, Appellant. [28 NYS3d 613]—Judgment, Supreme Court, Bronx County (Margaret L. Clancy, J.), rendered November 29, 2012, as amended April 10, 2013, convicting defendant, upon his plea of guilty, of three counts of attempted robbery in the second degree, and sentencing him to concurrent terms of six years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for a youthful offender determination, and otherwise affirmed.

As the People concede, based on *People v Rudolph* (21 NY3d 497 [2013]), defendant is entitled to an express youthful offender determination. Concur—Tom, J.P., Acosta, Richter, Manzanet-Daniels and Gesmer, JJ.